IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

RECEIVED
JUN 0 9 2020
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA, | ) | Criminal No. 3:20-cr-47 |
|---|---|---|
| v. | ) | |
| | ) | INDICTMENT |
| BOBBY WILSON, III, | ) | |
| | ) | T. 18 U.S.C. § 922(g)(1) |
| Defendant | ) | T. 18 U.S.C. § 924(a)(2) |
| | ) | T. 18 U.S.C. § 924(d) |
| | ) | T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Felon in Possession of a Firearm)

That on or about January 3, 2020, in the Southern District of Iowa, the defendant, BOBBY WILSON, III, in and affecting commerce, knowingly possessed a firearm, namely: a loaded Springfield XDS .45 caliber handgun with serial number XS646531. At the time of the offense, the defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

1

THE GRAND JURY FINDS:

## NOTICE OF FORFEITURE

That upon conviction for the offenses alleged in Count 1 of this Indictment, the defendant, BOBBY WILSON, III, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offenses, including, the firearm and ammunition identified in Count 1 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

_____
FOREPERSON

Marc Krickbaum
United States Attorney

By: _____
Amanda W. Searle
Assistant United States Attorney